

U.S. Department of Justice

**ORIGINAL**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 7, 2022

**BY E-MAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Zarravon Quarry*, 21 Cr. 572 (VB)

Dear Judge Briccetti:

On September 15, 2021, United States Magistrate Judge Paul E. Davison sealed the above-referenced matter because of Zarravon Quarry's cooperation in an ongoing investigation. On October 7, 2021, Mr. Quarry pleaded guilty to the above-referenced information before the Court. The Court ordered the Government to provide an update on the continuing need, if any, to maintain these matters under seal and to postpone sentencing by January 7, 2022. In light of the discovery made by the Government in *United States v. Dusablon et al.*, 21 Cr. 628 (VB), there is no longer a continuing need for sealing in this matter. The parties would propose, however, to continue to postpone sentencing until Mr. Quarry's cooperation is complete.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(646) 856-5190

cc:   Ben Gold, Esq., *counsel for Zarravon Quarry* (by e-mail)

---

*Handwritten annotation:*

Further status report due 5/10/2022. The Clerk is directed to unseal the docket.

So Ordered:

[signature]
1/10/2022