UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   21 __ CR 572 (VB)
                                    :
        -against-                   :        ORDER
                                    :
Zarravon Quarry                     :
                                    :
            Defendant               :
------------------------------------x

  **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States Magistrate Judge

Dated:  White Plains, New York
        October 7, 2021